# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 26, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136748

GEBRE ADAMASU,
      Plaintiff-Appellant,

v

GIFFORD, KRASS, GROH, SPRINKLE,
ANDERSON & CITKOWSKI, P.C., and
ELLEN S. COGEN,
      Defendants-Appellees.

SC: 136748
COA: 273895
Oakland CC: 2004-062607-NM

_____/

      On order of the Court, the application for leave to appeal the May 15, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2008

_____
Clerk

s1119